| Case No: | 20-33114 SWE Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | NATIONAL MEDICAL PROFESSIONALS OF A | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | 341(a) Meeting Date: | 02/02/21 |
| For Period Ending: 06/30/22 | (2nd reporting period for this case) | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK OF AMERICA, N.A. - CHECKING 7397 | 0.00 | 0.00 | | 147,649.31 | FA |
| 2. BANK OF AMERICA - ACCT 7384 | 0.00 | 0.00 | | 22,454.85 | FA |
| 3. ACCT. RECEIVABLE OVER 90 DAYS OLD | 2,314,748.00 | 2,314,748.00 | | 1,097.48 | FA |

TOTALS (Excluding Unknown Values)     $2,314,748.00     $2,314,748.00     $171,201.64     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL RELATED CASES HAVE BEEN SUBSTANTIVELY CONSOLIDATED. ORDER ENTERED 08/20/2021. LEAD CASE IS ADETPUS HEALTH LLC, 20-33071. ESTIMATED DATE OF CLOSING IS 02/01/2024.

Initial Projected Date of Final Report (TFR): 02/01/22     Current Projected Date of Final Report (TFR): 02/01/24